IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD RAYE RANDOLPH, ) | No. C 02-4196 JSW (PR) |
| Petitioner, ) | |
| ) | **ORDER DENYING CERTIFICATE OF APPEALABILITY AND GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL** |
| vs. ) | |
| D. ADAMS, Warden, ) | |
| Respondent. ) | **(Docket nos. 53, 54, 57)** |

Petitioner Randolph filed a pro se petition for a writ of habeas corpus challenging the constitutionality of his state conviction under 28 U.S.C. § 2254. Following briefing by the parties, this Court denied Petitioner's application for a writ of habeas corpus on the merits in an order dated July 18, 2006 (docket no. 51). Petitioner has filed a motion for leave to appeal *in forma pauperis* pursuant to Fed. R. App. P. 24(a) (docket no. 53), a motion for a certificate of appealability pursuant to 28 U.S.C. § 2253(c) and Fed. R. App. P. 22(b) (docket no. 54), and a notice of appeal (docket no. 55).

Petitioner has not shown "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right[.]" *Slack v. McDaniel,* 529 U.S. 473, 484-85 (2000). Accordingly, the request for a certificate of appealability is DENIED (docket no. 54).

With regard to Petitioner's application for leave to proceed in forma pauperis on appeal, 28 U.S.C. § 1915(a)(3) provides that an appeal may not be taken in forma pauperis if the district court certifies that it is taken in bad faith. Although Petitioner did not show that reasonable jurists would disagree on the merits of his petition so as to warrant issuance of a certificate of appealability, the Court does not find that the appeal is taken in bad faith. Accordingly, the motion to proceed in forma pauperis on appeal is GRANTED

(docket no. 53).

The Clerk of Court shall forward this order, along with the case file, to the United States Court of Appeals for the Ninth Circuit. Petitioner may also seek a certificate of appealability from that court. *See United States v. Asrar,* 116 F.3d 1268, 1270 (9th Cir. 1997). This order TERMINATES all pending motions (docket nos. 53, 54, 57).

IT IS SO ORDERED.

DATED: 2/5/2007

_____
JEFFREY S. WHITE
United States District Judge